# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * *<br>**HAROLD AND BEVERY BARE, et al.,**<br><br>　　　　　　　　　　**Plaintiffs,**<br>　　　　v.<br><br>**UNITED STATES,**<br><br>　　　　　　　　　　**Defendant.**<br>* * * * * * * * * * * * * * * * | **No. 15-416L**<br>**Filed: May 28, 2020** |

## O R D E R

The court is in receipt of the parties' May 27, 2020 joint stipulation for dismissal. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice.

　　　　　　　　　　　　　　　　　　　　s/Marian Blank Horn
　　　　　　　　　　　　　　　　　　　**MARIAN BLANK HORN**
　　　　　　　　　　　　　　　　　　　　　　**Judge**